

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-42-1 (2)
NO. 5:11-CR-42-2 (2)

IN RE:                              :
                                    :
THREE COUNT GRAND JURY              :    ORDER TO SEAL INDICTMENT
INDICTMENT OF FEBRUARY 15, 2011     :

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on February 17, 2011 be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendant and to provide copies of the Indictment to the United States Attorney.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney.

This the 16th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE