UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-42-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE MANUEL HERNANDEZ-ITURRALDE | MOTION TO WITHDRAW AS<br>COUNSEL OF RECORD |

COMES NOW the Office of the Federal Public Defender and hereby respectfully moves this Court for an Order allowing said attorney to withdraw as counsel of record for Jose Manuel Hernandez-Iturralde. Undersigned counsel was appointed as counsel of record on a limited basis pursuant to Standing Order 19-SO-3. After a thorough review of Mr. Hernandez-Iturralde's case file for First Step Act issues, including contemporaneous notice to the defendant of undersigned's analysis and conclusions, the undersigned does not intend to present any motions before the Court.

WHEREFORE, the Office of the Federal Public Defender respectfully moves this Court for an Order allowing said attorney to withdraw as counsel of record for Jose Manuel Hernandez-Iturralde.

Respectfully requested this 19th day of March, 2020.

G. ALAN DUBOIS
Federal Public Defender

*/s/ Laura S. Wasco*
LAURA S. WASCO
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Laura_Wasco@fd.org
N.C. State Bar No. 34885
LR 57.1 Counsel
Appointed

*CERTIFICATE OF SERVICE*

      I HEREBY CERTIFY that a copy of the foregoing was served upon:

ROBIN PENDERGRAFT
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
USANCE-FIRSTSTEPACT2018@USDOJ.GOV

by electronically filing the foregoing with the Clerk of Court on March 19, 2020, using the CM/ECF system which will send notification of such filing to the above and/or by email; and

JOSE MANUEL HERNANDEZ-ITURRALDE
REG # 55223-056
REEVES I & II
CORRECTIONAL INSTITUTION
P.O. BOX 1560
PECOS, TX 79772

by depositing a copy of the foregoing in the U.S. mail.

      This the 19th day of March, 2020.

                                        */s/ Laura S. Wasco*
                                        LAURA S. WASCO
                                        Attorney for Defendant
                                        Office of the Federal Public Defender
                                        150 Fayetteville Street, Suite 450
                                        Raleigh, North Carolina 27601
                                        Telephone: 919-856-4236
                                        Fax: 919-856-4477
                                        E-mail: Laura_Wasco@fd.org
                                        N.C. State Bar No. 34885
                                        LR 57.1 Counsel
                                        Appointed

2

Case 5:11-cr-00042-H   Document 204   Filed 03/19/20   Page 2 of 2